UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHADAVIAN YARD-DANIEL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00547-JRS-MG |
| | ) | |
| PRETORIUS Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This action is **dismissed without prejudice**.


Date: 6/26/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
    Deputy Clerk, U.S. District Court


Distribution:

SHADAVIAN YARD-DANIEL
228315
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Katherine A. Cornelius
INDIANA ATTORNEY GENERAL
Katherine.Cornelius@atg.in.gov